# UNITED STATES DISTRICT COURT

DISTRICT OF _____ South Carolina _____

| | |
|---|---|
| Bovis Lend Lease, Inc., f/k/a McDevitt Street Bovis, Inc. and McDevitt and Street Company<br>Plaintiff<br><br>V.<br><br>Lexington Insurance Company<br>Defendant | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**<br><br>Case Number: 8:02-3227-20 |

I, _Larry W. Propes / L. Kay McAlister_, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _11/14/02_, as it appears in the records of this court, and that

Date

no notice of appeal from this judgment has been filed, and no motion of any kind in Rule 4(a) of the Federal Rules of Appellate Proceedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

DEC 1 0 2003

LARRY W. PROPES
Clerk

_____
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (*) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(* Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

**03 MBD-10405**

AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ANDERSON DIVISION

**FILED**
NOV 14 2002
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

Bovis Lend Lease, Inc., f/k/a
McDevitt Street Bovis, Inc.
and McDevitt Street Company,

Plaintiff,

vs.

Lexington Insurance Company,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 8:02-3227-20

**ENTERED**
NOV 14 2002

[X]   **Decision by Court.** The Clerk having entered default, after consideration and upon motion of the plaintiff, Bovis Lend Lease, Inc., f/k/a McDevitt Street Bovis, Inc. and McDevitt Street Company, it is

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff, Bovis Lend Lease, Inc., f/k/a McDevitt Street Bovis, Inc. and McDevitt Street Company, recover of the defendant, Lexington Insurance Company, the amount of Two Million Two Hundred Eighty-Five Thousand One Hundred Seventy-Seven Dollars and Three Cents ($2,285,177.03) with interest at the rate of 1.46% as provided by law.

LARRY W. PROPES, Clerk

By _Amanda Williams_
Deputy Clerk

November 13, 2002

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK
BY: _S K McAlister_
DEPUTY CLERK

11