UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**  MBD NO. 03-MBD 10405

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____Robert Applebaum_____, Special Process Server:

WHEREAS _____Bovis Lend Lease, Inc._____ has recovered judgment against _____Lexington Insurance Company_____ in the United States District Court for _____the District of South Carolina_____ on the __13th__ day of __November 2002__, for the sum of $__2,285,177.03__, debt or damage, pre-judgment interest in the amount of $__0__, and costs of this suit in the amount of $__0__, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $__2,285,177.03__, in the whole, with interest thereon at the rate of __1.46%__ from said day of rendition of said Judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this ____ day of _____.

**TONY ANASTAS**
**CLERK OF COURT**

SEAL

By: _____
**Deputy Clerk**
[writexec.]

(Execution - MBD Case.wpd- 2/2000)