*MBD - 03-10405*

*EXECUTION – DEMAND SATISFIED*

Suffolk , ss.                                                                                   Date 12/23/03

By virtue of the within execution, I this days made demand upon the within named:
LEXINGTON INSURANCE CO
*100 Summer St – Boston MA*
to pay over to me, the sum of the within execution, together with my fee incident to this demand.  He/She  thereupon turned over to me the sum of $ 2,368,729.50 including my fee of $  46,532.96    in full satisfaction of the within execution.  I therefore return this execution to Court marked "SATISFIED IN FULL".

*Signed under Pains & Penalties of Perjury*

FEES:  *Service*     $
*Attested Copy*     $   5.00
           *Trave/MV* $  54.00
           *Demand*  $ 10.00

Constable/and a Disinterested Person

*plus POUNDAGE*

*RATES for FUNDS COLLECTED (POUNDAGE)*
   *1st $100 @  $ .10 =  $     10.00*
   *Next $500 @  $ .05 =  $    25.00*
   *Over $500 @  $ .02 =  $ 46,428.96*